IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17 mj 88

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| VLADIMIR ZALAKOV. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to Defendant's Motion for an American Sign Language Interpreter (#11). In the motion, Defendant's counsel request that an American sign language interpreter be present at a hearing scheduled for Defendant for June 30, 2017.

The undersigned has previously considered a similar motion filed by Defendant and on June 20, 2017 entered an Order (#10) denying the motion. The denial of the motion was based upon statements made by Defendant to the Court at the time of his initial appearance hearing, preliminary hearing and detention hearing, that Defendant, with the assistance of headphones could hear all the proceedings that had taken place. When the undersigned called the matter on for hearing for a detention hearing for Defendant on June 20, 2017, this Court made particular inquiry of Defendant as to whether or not he had been truthful in answering the inquiries of the Court about whether or not he could hear the proceedings. At that time, Defendant stated he could not hear and understand all the proceedings and he had

1

been fearful to advise the Court of that fact. Defendant, individually, requested the Court to make available to him an American Sign Language interpreter to assist his understanding of the proceedings in this matter.

Further, in the motion, Defendant's counsel has shown that while Defendant was a student in the Buncombe County, NC school system, which was just within the last year, Defendant was assisted by a special education teacher who knew sign language and another former special education teacher told counsel for Defendant that a sign language interpreter would not only be helpful for Defendant, but necessary for him. As a result, there has been shown good cause for the granting of the motion, and the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for an American Sign Language Interpreter (#11) is **ALLOWED**.

Signed: June 22, 2017

Dennis L. Howell
United States Magistrate Judge